Kaplan v Menlo Realty Income Props. 28, LLC (2023 NY Slip Op 04049)

Kaplan v Menlo Realty Income Props. 28, LLC

2023 NY Slip Op 04049

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, AND OGDEN, JJ.

503 CA 22-00765

[*1]DAVID KAPLAN AND LUELLA KAPLAN, PLAINTIFFS-APPELLANTS,
v
MENLO REALTY INCOME PROPERTIES 28, LLC, NOW KNOWN AS REALTY INCOME PROPERTIES 28, LLC, REALTY INCOME CORPORATION, DEFENDANTS-APPELLANTS, 9187 GROUP, LLC, 10 ELLICOTT SQUARE COURT CORPORATION, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

SEGAR & SCIORTINO PLLC, ROCHESTER (STEPHEN A. SEGAR OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KAREN G. FELTER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
RICOTTA, MATTREY, CALLOCCHIA, MARKEL & CASSERT, BUFFALO (JILL L. CASSERT OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeals from an order of the Supreme Court, Monroe County (Sam L. Valleriani, J.), entered April 26, 2022. The order granted the motion of defendants 9187 Group, LLC and 10 Ellicott Square Court Corporation for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Kaplan v Menlo Realty Income Props. 28, LLC ([appeal No. 1] — AD3d — [July 28, 2023] [4th Dept 2023]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court